```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/11/15
BCS2/DDA4458              IN FORMA-PAUPERIS DATA                   08:11:31
TDCJ#: 01263270 SID#: 02663385 LOCATION: BILL CLEMENTS    INDIGENT DTE: 01/05/15
NAME: RODARTE,JOHN SR                BEGINNING PERIOD: 08/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:       35.93
6MTH DEP:            61.42 6MTH AVG BAL:      146.67 6MTH AVG DEP:       10.24
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/15      170.27          25.00      10/14      170.27          25.49
12/14      145.27           0.00      09/14      145.27           0.00
11/14      151.64          10.93      08/14      179.94           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Potter_
ON THIS THE _11_ DAY OF _February 2015_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____    OR SID NUMBER: _____



K. HOLT
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 09-30-2016
NOTARY WITHOUT BOND

FILED
2015 FEB 18 PM 1:02
IN THE COURT OF APPEALS
AT SAN ANTONIO, TX